1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  ESTATE OF RICHARD AND
    FLORA NAHIGAN, et al.,
12
                      Plaintiffs,
13
               v.                          CIV. NO. S-05-399 LKK/PAN
14
    MERCK & CO., INC., a
15  corporation; and McKESSON
    CORPORATION, a corporation,
16
                      Defendants.
17  _____/
    HELEN ARONIS,
18
                      Plaintiff,
19
               v.                          CIV. NO. S-05-486 WBS/DAD
20
    MERCK & CO., INC., a
21  corporation; and McKESSON
    CORPORATION, a corporation,
22
                      Defendants.
23  _____/
24  ////
25  ////
26  ////

```
 1  EVELYN MAYO,
 2                    Plaintiff,
 3           v.                          CIV. NO. S-05-580 GEB/KJM
 4  MERCK & CO., INC., a
    corporation; and McKESSON
 5  CORPORATION, a corporation,
 6                    Defendants.
                                    /
 7  ALLEN HURLBURT,
 8                    Plaintiff,
 9           v.                          CIV. NO. S-05-606 MCE/KJM
10  MERCK & CO., INC., a
    corporation; and McKESSON
11  CORPORATION, a corporation,
12                    Defendants.
                                    /
13  LEONARD LAGDEN,
14                    Plaintiff,
15           v.                          CIV. NO. S-05-656 DFL/PAN
16  MERCK & CO., INC., a
    corporation; and McKESSON
17  CORPORATION, a corporation,
18                    Defendants.
                                    /
19  LARRY GRAHAM,
20                    Plaintiff,
21           v.                          CIV. NO. S-05-660 MCE/PAN
22  MERCK & CO., INC., a
    corporation; and McKESSON
23  CORPORATION, a corporation,          NON-RELATED CASE ORDER
24                    Defendants.
                                    /
25
26  ////
```

2

1  The court has received the Notice of Related Cases concerning
2 the above-captioned cases filed April 12, 2005.  See Local Rule 83-
3 123, E.D. Cal. (1997).  The court has determined, however, that it
4 is inappropriate to relate or reassign the cases, and therefore
5 declines to do so.  This order is issued for informational purposes
6 only, and shall have no effect on the status of the cases,
7 including any previous Related (or Non-Related) Case Order of this
8 court.
9  IT IS SO ORDERED.
10  DATED:  April 26, 2005.

              /s/Lawrence K. Karlton
              LAWRENCE K. KARLTON
              SENIOR JUDGE
              UNITED STATES DISTRICT COURT